# UNITED STATES DISTRICT COURT
for the

_____

Reginald Daniel Taylor
_____
Plaintiff

v.

Academic Partnerships, LLC; Earl Frischkorn,
Jennifer Shelton, Mary Ann Doran, Salman
Moherali, Miranda Bahn, Markiya Lewis,
Shannon Rice, Sheri Harber, Charmaine
Martinez, Carrie Hoffman
Defendant

Civil Action No. 3:19-CV-1764-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Miranda Bahn
Academic Partnerships, LLC
600 North Pearl St, Suite 900
Dallas, Texas. 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald Taylor
2223 Bennett Ave #202
Dallas, TX. 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 3 1 2019 _____

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Reginald Darrel Taylor
_____
Plaintiff

Academic Partnerships, LLC, Earl Frischkorn,
Jennifer Shelton, Mary Ann Duran, Salman
Meherali, Miranda Bahn, Sherri Harber,
Charmaine Martinez, Carrie Hoffman
_____
Defendant

Civil Action No. 3:19-CV-1764-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jennifer Shelton, Human Resource Manager
Academic Partnerships, LLC
600 North Pearl, Suite 900
Dallas, TX. 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald Taylor
2223 Bennett Ave #202
Dallas, TX. 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 31 2019

_Liz Reed_
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Reginald Darrel Taylor
_____
Plaintiff
)
)
)
v.
Academic Partnerships, LLC ; Earl Frischkorn,
Jennifer Shelton, Mary Ann Doran, Salman
Meherali, Miranda Bohn, Charmaine
Martinez, Sherri Harbor, Markiya Lewis,
Sherman Rice, Carrie Hoffman
_____
Defendant
)
)
)
)
)
)

Civil Action No. 3:19-CV-1764-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salman Meherali, Education Manager
Academic Partnerships
600 North Pearl, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald Taylor
2223 Bennett Ave #202
Dallas, TX. 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 31 2019

*Signature of Clerk or Deputy Clerk*  Lu Reed

# UNITED STATES DISTRICT COURT
for the

Reginald Daniel Taylor )
_____Plaintiff_____ )
Academic Partnerships, LLC, Carl Fruschkorn, )
Jennifer Shelton, Mary Ann Doran, Salman )
Morshali, Miranda Bahn, Markiya Lewis )
Sherman Rice, Sherri Hodges, Charmaine Martinez, )
Carrie Hoffman )
_____Defendant_____ )

Civil Action No. 3:19-CV-1764-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mary Ann Doran, Director, Human Resource
Academic Partnerships, LLC
600 North Pearl, Suite 900
Dallas, TX. 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald Taylor
2223 Bennett Av #202
Dallas, TX. 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 31 2019

CLERK OF COURT

_Liz Reed_
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Reginald Darrel Taylor )
*Plaintiff* )
)
Academic Partnerships, LLC, Earl Frischkorn, ) Civil Action No. 3:19CV1764-K
Jennifer Shelton, Mary Ann Doran, Salman )
Meherali, Miranda Cahn, Markiya Lewis, )
Sherman Rice, *Defendant* Sherri Harber, )
Charmaine Martinez, Carrie Hoffman )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Earl Frischkorn,
Senior Vice President
Academic Partnerships, LLC
600 North Pearl
Dallas, TX. 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald Taylor
2223 Bennett Ave #202
Dallas, TX. 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 3 1 2019

CLERK OF COURT

*Liz Reed*
Signature of Clerk or Deputy Clerk