IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| REGINALD DARREL TAYLOR, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | No. 3:19-cv-1764-K-BN |
| ACADEMIC PARTNERSHIPS, LLC, ET AL., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Plaintiff Reginald Darrel Taylor's Federal Rule of Civil Procedure 11 motion for sanctions against Academic Partnerships, Salman Meherali, and Carrie B. Hoffman [Dkt. No. 41].

SO ORDERED.

Signed October 1, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE